IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                                CASE NO. 19-10847-AJC

TEOFILO R. SOLIZ                                 CHAPTER 13

    Debtor,
_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE
2083-1(B) CLAIMS REVIEW
REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☐ No further action is necessary.

2) The following actions have been taken:

☒ The debtor has filed objections to the proof of claims filed by Ditech Financial, LLC 10-1, LVNV Funding, LLC c/o Resurgent Capital Services 3-1, CACH, LLC c/o Resurgent Capital Services 4-1, & Portfolio Recovery Associates, LLC 9-1.

☐ The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____ _____.

☐ Other: _____
_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on January 24, 2020.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Second Floor
Miami, FL 33126
(305) 547-1234 Phone
(888) 554-5607 Fax
bk@coronapa.com